No. 07-16-00070-CV

| Philip Spiegelberg | § | From the 237th District Court |
| Appellant | | of Lubbock County |
| | § | |
| v. | | June 7, 2016 |
| | § | |
| Angela Crouch | | Opinion Per Curiam |
| Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated June 7, 2016, it is ordered, adjudged and decreed that this appeal be dismissed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o